

United States District Court
Eastern District of California

Anthony Baca
Plaintiff(s)

Case Number: 1:22-cv-01543-BAM

V.

Commissioner of Social Security Administration
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bryan Konoski, Esq. _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Anthony Baca

On ___01/20/2003___ (date), I was admitted to practice and presently in good standing in the
___State of New York ID Number 4095899___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/7/2022    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Bryan Konoski, Esq. |
| Law Firm Name: | Konoski & Partners, P.C. |
| Address: | 305 Broadway |
| | 7th Floor |
| City: | New York    State: NY    Zip: 10007 |
| Phone Number w/Area Code: | (212) 897-5832 |
| City and State of Residence: | East Brunswick, New Jersey |
| Primary E-mail Address: | Federalecf@gmail.com |
| Secondary E-mail Address: | TheFederalAppealsFirm@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael Chen, Esq. |
| Law Firm Name: | |
| Address: | 843 Cortez Street |
| City: | Costa Mesa    State: CA    Zip: 92626 |
| Phone Number w/Area Code: | (323) 762-4452    Bar # 290153 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 9, 2022

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT