PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
L. Jamala Edwards, OR 010369
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (206) 615-2732
    Facsimile: (415) 744-0134
    E-Mail: Jamala.edwards@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ANTHONY BACA,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-01543-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from January 30, 2023, up to and including March 1, 2023. This is the Defendant's first request for an extension. Defendant requests this extension in order to further consider the issues and file the appropriate response. Despite working diligently to meet the case deadlines in this Court's Scheduling Order, the undersigned counsel for the Commissioner needs additional time in the instant case to review the substantial administrative

record, to consider the multiple issues raised in the record, and to determine whether an answer should be filed in this case. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 27, 2023         /s/  Bryan Konoski
                                 as authorized
                                 Bryan Konoski
                                 Attorney for Plaintiff

Dated: January 27, 2023          PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Social Security Administration

                         By:     /s/  L. Jamala Edwards
                                 L. Jamala Edwards
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 1, 2023, to respond to Plaintiff's Complaint. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **January 30, 2023**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE