PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
L. Jamala Edwards, OR 010369
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (206) 615-2732
      E-Mail: Jamala.Edwards@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ANTHONY BACA,<br><br>     Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | CIVIL NO. 1:22-cv-01543—BAM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that this action be remanded for further

administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

§ 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

administrative law judge (ALJ) for a new decision. The parties further request that the Court

direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against

Defendant, reversing the final decision of the Acting Commissioner.

Respectfully submitted this 27th day of February 2023.

Dated:  February 27, 2022          /s/  Bryan Konoski*
                                   BRYAN KONOSKI
                                   Attorney for Plaintiff
                                   *Authorized via e-mail on February 22, 2023


                                   PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Social Security Administration

                         By:       /s/ L. Jamala Edwards
                                   L. Jamala Edwards
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

IT IS SO ORDERED.

Dated:   **February 28, 2023**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE